```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 27, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Lawrence Young, *On Behalf of Himself and All Other Persons Similarly Situated*,

                    **Plaintiff,**

              v.

Baltimore Diamond Exchange, Inc.,

                    **Defendant.**

1:21-cv-5120-ALC

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled (ECF No. 10), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days.

**SO ORDERED.**

Sept. 27, 2021
New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**